IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BILLY JACK KAIN                                                              PETITIONER

vs.                    Civil Case No. 5:06CV00046 HLJ

LARRY NORRIS, Director,
Arkansas Department of Correction                                    RESPONDENT

## ORDER

Petitioner has submitted what the court has determined to be a successive petition to his previously filed habeas cases, <u>Kain v. Norris</u>, PB-C-95-520 (D.E.Ark. June 7, 1996). The Eighth Circuit denied a certificate of appealability on September 5, 1996. <u>Kain v. Norris</u>, No. 96-2862EAPB (Sept.5, 1996). The amendments to 28 U.S.C. §2254 that were signed into law April 26, 1996, prohibit petitioners from filing successive petitions in the District Court without authorization from the Circuit Court of Appeals. The requirements that must be met to obtain authorization from the Court of Appeals are found in 28 U.S.C. §2244(b), as amended. The amendments are available in the unit law library, or by contacting the Clerk, Eighth Circuit Court of Appeals, Thomas F. Eagleton Courthouse, 111 S. 10th Street, St. Louis, Mo. 63102, for more information.

IT IS THEREFORE ORDERED that this petition be, and it is hereby, dismissed pending an order from the Eighth Circuit Court of Appeals containing authorization for filing.

IT IS SO ORDERED this 5th day of May, 2006.

*Henry L. Jones, Jr.*
United States District Judge