IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BILLY JACK KAIN                                                              PETITIONER

VS.                              CASE NO. 5:06CV00046 JLH

LARRY NORRIS, Director,
Arkansas Department of Correction                                            RESPONDENT

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that this petition be, and it is hereby, dismissed pending an order from the Eighth Circuit Court of Appeals containing authorization for filing.

SO ADJUDGED this 26th day of May, 2006.

_____
UNITED STATES DISTRICT JUDGE